UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br> v. <br><br> **EAGLE FENCE II, INC.**, and **RUSTY DENHAM,** individually, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:20-CV-00188-HAB-SLC <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO APPROVE CONSENT ORDER AND JUDGMENT AND TO CANCEL JUNE 28, 2022 STATUS CONFERENCE

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, by his undersigned attorneys, respectfully requests the Court enter the executed Consent Order and Judgment, sent under separate cover to the Judge's chambers, which fully resolves this matter.

In light of the Consent Order and Judgment being signed by Defendant Rusty Denham, the Secretary also respectfully requests the Court cancel the Status Conference previously scheduled for June 28, 2022.

Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor
**CHRISTINE Z. HERI**
Regional Solicitor

 /s/   *Edward V. Hartman*
**EDWARD V. HARTMAN**
Senior Trial Attorney

Attorneys for **MARTIN J. WALSH,**
Secretary of Labor, U.S. Department of Labor,
Plaintiff

Office of the Solicitor

U.S. Department of Labor
230 South Dearborn Street, Suite 844
Chicago, IL  60604
Telephone:     (312) 353-1143
Facsimile:      (312) 353-5698
E-mail:hartman.edward.v@dol.gov;
       sol-chi@dol.gov